PETITION TO REHEAR

DAVIDSON v. U.S. FIDELITY AND GUAR. CO.

No. 13A86.

Case below: 316 N.C. 551.

Petition by plaintiff denied 2 July 1986.